UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ALBERTO LUIS ZUPPI

VERSUS                                                CIVIL ACTION NO.: 08-474-JVP-DLD

LOUISIANA STATE UNIVERSITY AND
A & M COLLEGE SYSTEM AND JACK
WEISS

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Jack Weiss and Louisiana State University and A&M College System, and against the plaintiff, Alberto Luis Zuppi, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, September 28, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA